UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
In Re:                                              Chapter 13

JOANNE RENNIA,                                      Case No. 08-B-37417

                      Debtors,
------------------------------------------------------x

## TRUSTEE'S REPORT ON UNCLAIMED DIVIDENDS

To: THE CLERK OF THE BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

   Jeffrey L. Sapir, Trustee of the estate of the above named debtor, reports that the following dividend(s) are unclaimed over 90 days from the date of issuance:

| CLAIMANT(s)' NAME & LAST KNOWN ADDRESS | AMOUNT OF DIVIDEND |
|---|---|
| Joanne Rennia | $10,608.29 |
| 37 Evan Road | |
| PO Box 637 | |
| Dover Plains, New York 12522 | refund |

   Trustee's check to your order in the sum of $10,608.29 is annexed representing the total of the aforesaid unclaimed dividend(s).

Dated:   White Plains, New York
         August 26, 2011

                                              Respectfully submitted,
                                              */s/ Jeffrey L. Sapir*
                                              JEFFREY L. SAPIR
                                              Standing Chapter 13 Trustee